## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------X
                                     :
LAKEWOOD GROUP LLC                   :
                                     :
               Plaintiff,            :   Docket No. 08-cv-03550 AKH
                                     :
v.                                   :
                                     :
INNOFONE.COM, INCORPORATED AND       :
ALEX LIGHTMAN                        :
                                     :
                                     :
                                     :
               Defendants.           :
                                     :
-------------------------------------X
```

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

NOW COMES Plaintiff, Lakewood Group LLC, by and through its attorneys, Burak Anderson & Melloni, PLC, discloses, pursuant to Federal Rule of Civil Procedure 7.1(a) that (i) it is not a publicly held company, (ii) its parent corporation is Centurion Credit Group, LLC and (iii) no publicly held corporation holds more than 10% of Plaintiff's stock.

Respectfully submitted,

Dated: April 7, 2008
      Burlington, Vermont

                              /s/ Michael L. Burak
                    Michael L. Burak, Esq. – MB7797
                    BURAK ANDERSON & MELLONI, PLC
                    30 Main Street, Suite 210
                    P.O. Box 787
                    Burlington, Vermont 05402-0787
                    Ph. 802-862-0500

                    Attorney for Plaintiff Lakewood Group LLC