UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| Plaintiff | Case No.: | 08CV3550 |
|---|---|---|
| LAKEWOOD GROUP LLC | Hearing Date: | |
| vs. | Attorney of Record: BURAK ANDERSON & MELLONI PLC | |
| Defendant | 30 MAIN STREET BURLINGTON VT | |
| INNOFONE.COM | 802-862-0500 | |

### AFFIDAVIT OF SERVICE

Received this on 4/18/08

I, Jason Marshall, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Apr 22 2008 1:49PM, I executed service of SUMMONS IN A CIVIL CASE; COMPLAINT; RETURN OF SERVICE on INNOFONE.COM, INCORPORATED at 2730 GATEWAY OAKS Drive SUITE 100, SACRAMENTO, Sacramento County, CA 95833

By Personal Service to: Becky De George, REGISTERED AGENT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 160-180 lbs with blonde hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____   Execute on Apr 24, 2008
Jason Marshall, Reg. # 98-61, Sacramento, CA

State of California County of _____
Subscribed and sworn to before me, a notary public on Apr 24, 2008

_____
Notary Public

Order No. 5296592 LAX

FOR: BURAK ANDERSON & MELLONI PLC

RUSSELL J. DUANE
COMM. # 1493658
NOTARY PUBLIC-CALIFORNIA
PLACER COUNTY
COMM. EXP. JUNE 4, 2008