2 Pages Sent Via Fax: 212-805-7942   July 15, 2008

Judge Alvin K. Hellerstein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Subject: Lakewood Group LLC v. Innofone.com, Incorporated and Alex Lightman:**
**Docket No.: 08 Civ. 3550**

Request to change July 18 meeting to August 5 or 6, 2008.

Dear Judge Hellerstein,

Hello. I hope you are well. My name is Alex Lightman, named in the above lawsuit. I found out, via email, on Friday, July 11, 2008, that I was supposed to be in your court room this week. Since that first message, I've received a phone call, a Saturday Federal Express, and, today, a plain envelope shoved under my home front door, all telling me things that I could and should have been told by the Plaintiffs three months ago, since their documentation says April 14. For three months Lakewood and its attorneys have withheld this information, even though I specifically emailed the Plaintiff who is driving this litigation telling him exactly where to serve me, and offering to accept service.

**In light of this short notice, I respectfully request that we reschedule the Court Conference with you, your Honor, from July 18, to August 5 or 6**, which are dates that are, as the email pasted below from Plaintiff's counsel indicates, acceptable to them as well. There is simply no way that I can make it to New York, given my financial condition (no salary this year 2008) and prior scheduled meetings on which any chance to obtain income would depend.

While I would rather have more time, Plaintiff's counsel has said he would not wait any longer than this time, so I will do my best to meet his time table.

For the record, it is my intention to request that this litigation be moved to Los Angeles, California. I gave Plaintiff Lakewood $6 million in collateral in the form of stock, for an $800,000 loan, and their actions caused me to end up losing my entire net worth, leaving me with virtually no funds to retain an attorney, much less fly to New York repeatedly.

I will call Ms. Nancy Wong to confirm that you've received this fax tomorrow, and pray that you will grant this request to move the Court Conference from July 18 to August 5 or 6, the dates acceptable to Plaintiff's counsel.

Respectfully,

Alex Lightman

---

*[Handwritten note from Judge:]* Conference is adjourned to August 8, 2008 at 9:30 am. 7/18/08 /s/ Alvin Hellerstein

*[Stamp:]* RECEIVED JUL 16 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

*[Stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/18/08

**From:** Mike Burak [mailto:MBurak@vtlaw1.com]
**Sent:** Monday, July 14, 2008 1:17 PM
**To:** alex@innofone.com
**Cc:** Shane McCormack; markm@muellerandco.com
**Subject:** Your call

Dear Mr. Lightman:

I received your phone message. If you wish to arrange it with the Court yourself, I will not object to rescheduling the status conference until August 5 or 6, 2008. I do not agree to any other dates or further extension of time. I do not intend to contact the Court on your behalf. I suggest you obtain counsel promptly.

If you wish to propose a settlement, you may contact Mr. Mark Mueller directly.

Sincerely,

Michael L. Burak, Esq.

I have yet to be in a game where luck was involved. Well-prepared players make plays. I have yet to be in a game where the most prepared team didn't win.