# BURAK ANDERSON & MELLONI PLC

**Counsellors at Law**

Michael L. Burak*
Jon Anderson
Thomas R. Melloni*
Michael B. Rosenberg•
Shane W. McCormack*‡
W. Scott Fewell ▫
Anja Freiburg
David W. Rugh**

Gateway Square • 30 Main Street
Post Office Box 787
Burlington, Vermont 05402-0787
Phone: 802 862-0500
Fax: 802 862-8176
www.vtlaw1.com

* Also admitted in New York
** Also admitted in Maryland
• Also admitted in the District of Columbia
‡ Also admitted in Massachusetts
▫ Also admitted in Connecticut & Pennsylvania


RECEIVED JUL 21 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

July 17, 2008

So ordered
7-21-08
[signature] AKH

Nancy Wong
Judicial Assistant to Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Lakewood Group LLC v. Innofone.com, Inc. and Alex Lightman*;
      Docket No.: 08 Civ. 3550

Dear Ms. Wong:

The Court Conference in the above-captioned matter is scheduled for Friday, August 8th, at 9:30 am. I respectfully request that the meeting time be moved to 10:30 am or anytime thereafter. I am traveling from Vermont and flight schedules prevent me from making a 9:30 am conference. Our office has confirmed that Mr. Alex Lightman has no objection to a time scheduling change.

Thank you for your assistance in this matter.

Sincerely,

[signature]
Michael L. Burak

cc:   Mr. Alex Lightman (via e-mail and regular mail)
      Innofone.com, Incorporated (via facsimile and regular mail)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```